**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MICHAEL D. BRAMBLES,
　　　　*Petitioner-Appellant,*

v.

W. A. DUNCAN, Warden; C. A.
TERHUNE, Director, California
Department of Corrections,
　　　　*Respondents-Appellees.*

No. 01-55716

D.C. No.
CV-00-08180-
MMM

ORDER
WITHDRAWING
OPINION

Filed April 11, 2005

Before: David R. Thompson and Johnnie B. Rawlinson,
Circuit Judges, and William W Schwarzer,*
Senior District Judge.

---

## ORDER

The previous opinion filed June 3, 2003, slip op. page 7173, *amended* September 2, 2003, slip op. page 12539, and appearing at 330 F.3d 1197 (9th Cir. 2003), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

---

*The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.